UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIST. CT. ACTION NO. 08-10121-GAO
COURT OF APPEALS NO. 11-1940

ERIC L. LEVINE,
Petitioner - Appellant

v.

UNITED STATES,
Respondent-Appellee

ORDER
December 19, 2011

O'TOOLE, D.J.

Pursuant to the Order of the United States Court of Appeals for the First Circuit, dated December 2, 2011, this Court denies a certificate of appealability on the ground that the dismissal of his §2255 petition was based on the pendency of his direct appeal. No substantial question regarding the denial of a constitutional right was raised by this procedural ruling.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge